UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ISAAC RODRIGUEZ, | |
|---|---|
| Plaintiff, | Case No. 14-cv-01508-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| NIKE RETAIL SERVICES, INC., | |
| Defendant. | |

On 04/30/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Class Certification Motion due | 12/18/2015 |
| Opposition to Class Certification due | 02/12/2016 |
| Reply to Opposition to Class Certification due | 03/11/2016 |
| Motion Hearing on Class Certification | 04/07/2016 at 9:00 am. |
| n/a | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  April 30, 2015

_____
BETH LABSON FREEMAN
United States District Judge