Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Nick Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

(Additional Counsel on Next Page)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISAAC RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.: 5:14-CV-1508 BLF<br><br>**DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:          February 11, 2016<br>Time:          9:00 a.m.<br>Courtroom:  3, 5th Floor<br>Judge:         Hon. Beth Labson Freeman<br><br>Complaint Filed:          February 25, 2014 |

i

WILLIAM L. MARDER, State Bar No. 170131
**Polaris Law Group L.L.P.**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

## DECLARATION OF LARRY W. LEE

I, Larry W. Lee, declare as follows:

1.      I am an attorney at law duly admitted to practice before all courts in the State of California and am a member of the law firm of the Diversity Law Group, P.C., one of the attorneys of record for Plaintiff Isaac Rodriguez ("Plaintiff"), on behalf of himself and other similarly situated individuals, in the above-entitled action.

2.      I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

3.      On August 14, 2014, Defendant took the deposition of Plaintiff Isaac Rodriguez.

4.      On January 16, 2015, I took the deposition of Jeffrey McPike, who was designated as Defendant's FRCP 30(b)(6) witness.  Attached hereto as Exhibit A are the relevant portions of Mr. McPike's deposition testimony cited in Plaintiff's Motion for Class Certification.

5.      During the discovery phase of this lawsuit related to class certification, Plaintiff also sought Defendant to produce the names and contact information of the putative class members, or alternatively to issue a "*Belaire West*" letter to allow the putative class members to opt-out of having his/her contact information provided to Plaintiff's counsel.  After much dispute as to Plaintiff's right to such information, including the submission of the discovery dispute to Magistrate Judge Lloyd, it was ultimately ordered by the Judge Lloyd that a "*Belaire West*" letter be issued to the ***entire*** putative class.  *See* Doc. No. 37.  While Defendant sought to appeal Judge Lloyd's decision to this Court, such appeal was ultimately denied.  *See* Doc. No. 43.  As such, on August 25, 2015, a "*Belaire West*" letter was disseminated to 9,175 putative class members.

6.      On October 20, 2015, Defendant filed its Motion to Deny Class Certification, which was originally scheduled to be heard before this current Motion for Class Certification.

7.      I am one of the primary attorneys on this matter.  My qualifications are as follows:  I received my JD from Arizona State University College of Law in 2003.  During law school, I was a summer associate at the law firm of Brobeck, Phleger & Harrison.  I graduated cum laude from Arizona State University College of Law in the top 10% of my class.  While I

**DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

was in law school, I was the Associate Managing Editor of the Arizona State University College of Law, Law Journal.

8.    I am currently a shareholder in the law firm Diversity Law Group, P.C.  For more than one and one half years I practiced law as an associate at the Los Angeles County offices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., a national employment defense law firm that represents a significant number of Fortune 50 companies, including may actions involving wage and hour matters.

9.    My primary practice is employment law.  I have handled a number of wage and hour matters including class actions and individual actions, on both plaintiff and defense sides.  I have a practice that encompasses cases in the Los Angeles Superior courts, the Orange County Superior Courts, the Los Angeles County Superior Courts, the San Diego County Superior courts, and the United States District Courts for the Central, Northern and Eastern Districts of California.

10.    I have been approved as Class Counsel in a number of wage and hour class actions, including but not limited to *Chan-Lanier v. Citibank* (Case No. CGC-050445143); *Hernandez v. CVS Pharmacy, Inc.* (Judicial Council Coordination Proceeding No. 4539), *Tse v. Best Buy Co, Inc.* (Case Number BC 393717), *Orgeta v. AIG, Inc* (Case Number CV 06—196-RSWL (PJWx)), and *Castro v. UPS Freight, Inc.*  (Case Number CV 08-4898 ODW (CWx)).

11.    In addition, I was certified as Class Counsel by the United States District Court, Central District of California in the case of *Abdullah v. U.S. Security* (Case Number CV 09-09554 GHK), *Avilez v. Pinkerton Government Services, Inc.* (Case Number SACV 11-0493-DOC), *Dynabursky v. Allied Barton Security Services* (Case Number SACV 12-02210 JST); and *Pace v. Petsmart, Inc.* (Case Number SACV 13-500-DOC); by the Northern District of California in the cases of *Harris v. Vector Marketing Corp.,* (Case Number CV 08 5198 EMC), and *Lemus et al. v. H&R Block Enterprises, LLC* (Case Number CV-09-03179-SI); and by the Superior Court of California, Orange County in the cases of *De la Cruz v. Abercrombie & Fitch Co. et al.* (Case Number 30-2007-00036240) and *Wu v. General Nutrition Corporation* (Case

DECLARATION OF LARRY W. LEE IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Number 30-2012-00593759), all as part of the Courts' orders granting class certification pursuant to Rule 23 of the FRCP and California Code of Civil Procedure § 382.

12.     Plaintiff's Counsel will adequately represent the Class Members in this action. Plaintiff's Counsel have and will zealously represent Plaintiff and the class and pursue this lawsuit to its conclusion.

13.     Plaintiff's Counsel have diligently litigated this case, and will continue to do so. Plaintiffs' Counsel have taken the deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witnesses, propounded and responded to discovery, and have pursued matters in law and motion as deemed necessary.

14.     Plaintiff's Counsel's only relationship with Plaintiff is the attorney-client relationship in this matter.



I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 13th day of November, 2015 at Los Angeles, California.


                                                    /s/ Larry W. Lee
                                                    LARRY W. LEE

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
ISAAC RODRIGUEZ, as an individual
and on behalf of all others similarly situated,
Plaintiff,
V.                  Case No. 5:14-CV-1508 BLF
Nike retail services, inc., an
Oregon corporation; and DOES 1 through
50, inclusive,
Defendants.

_____

DEPOSITION OF
JEFFREY MCPIKE
FRIDAY, JANUARY 16, 2015

111 SW Fifth Avenue
Portland, Oregon 97201

1      A.    Correct.

2      Q.    And then the smallest would be the

3   Category Experience?

4      A.    Correct.

5      Q.    Is there a standard square footage size

6   for, let's say, the Nike Town, the Brand Experience

7   and the Nike Towns?

8      A.    No.

9      Q.    They could be a bit different?

10      A.    They vary, yes.

11      Q.    What about the factory outlet stores?  Is

12   there a standard square footage size for those

13   stores?

14      A.    No, they vary, as well.

15      Q.    And the same thing with Category

16   Experience stores?

17      A.    They vary, as well, yes.

18      Q.    Do you know if there are some sort of a

19   map to each of the stores like a -- whether it's an

20   architectural map showing where all the stations are

21   at, where the zones are at?  Is there a map like

22   that?

23      A.    There's an original blueprint that

24   construction uses to build the building.

25      Q.    Okay.

1    A.    But after that, we don't have any maps

2    beside emergency exit maps that are located

3    throughout the door -- throughout the store.

4    Q.    Like for each store you don't have a map

5    for itself, for each particular store showing where

6    what sections are located where or where the

7    cashiers are located?

8    A.    No, not besides the original blueprints.

9    Q.    Okay.    And the blueprints you mentioned,

10    they're used for construction purposes?

11    A.    Correct.

12    Q.    Do you know what the blueprints show?

13    MS. SKIBBE:    Objection, lacks foundation,

14    calls for speculation.

15    BY MR. LEE:

16    Q.    You can answer unless your attorney

17    instructs not to answer.    Do you know?

18    MS. SKIBBE:    Have you ever seen them?

19    THE WITNESS:    Yes, I've seen them.

20    MS. SKIBBE:    Okay.    Sorry.    I don't know

21    if you understood that.    You can answer unless I

22    tell you not to.

23    THE WITNESS:    Okay.    The blueprints shows

24    walls and square footage and where restrooms are,

25    things of that nature, basically instructions on how

1    to build the building.

2    BY MR. LEE:

3        Q.    If there's like a little office for

4    employees like a locker room or something, would

5    that be shown on a blueprint?

6        A.    It would.

7        Q.    Would the blueprint also show points of

8    exits?

9        A.    It would.

10       Q.    And is there a blueprint for every store

11   in California or is there one standard blueprint?

12       A.    There's an individual blueprint for every

13   store.

14           MR. LEE:    Now, I haven't seen those.    Do

15   you know if those are -- have been produced?

16           MS. SKIBBE:    No.    I think we agreed we

17   weren't producing blueprints.

18           MR. LEE:    We never agreed to that.    I

19   think we actually asked for -- for a map.

20           MS. SKIBBE:    They were construction

21   blueprints we didn't agree to produce.

22           MR. LEE:    Well, you can call it what you

23   want but it's essentially a map.

24           MS. SKIBBE:    It's a construction blueprint

25   he just testified.    It's not a map.

1        MR. LEE:   Okay.   So we'll agree to differ

2   on that but we would request that you produce those.

3   BY MR. LEE:

4        Q.   Would the blueprints also show where

5   cashier stations would be located?

6        A.   Yes.

7        Q.   Would the blueprint also show where the

8   POS station -- where employees clock in and out --

9   where that's located?

10        A.   Yes.

11        Q.   Do you know if Nike still has those

12   blueprints?

13        A.   I don't know of which stores we still have

14   blueprints for.

15        Q.   But each time -- you mentioned you're part

16   of the -- in your current position you're part of

17   the development of the new stores.   Each time a new

18   store is created or developed there is a blueprint

19   that's created for that store?

20        A.   I'm not part of the development of new

21   stores. I just project manage the opening of the new

22   stores.

23        Q.   Okay.   How have you come to see the

24   blueprints yourself?

25        A.   In meetings.

1    Q.    In connection with what?

2    A.    New store openings.

3    Q.    So you do see those blueprints in

4  connection with your position?

5    A.    When we open new stores I do see

6  blueprints, yes.

7    Q.    For what purpose do you see them for?

8    A.    For discussion on movement of walls or

9  ease of customer traffic or ease of employee

10  traffic.

11    Q.    Now, within the retail stores there are

12  also surveillance cameras?

13    A.    Correct.

14    Q.    Is that -- is the placement of the

15  surveillance cameras also shown in the blueprints?

16    A.    It's shown on a separate blueprint, but,

17  yes, it's shown on a blueprint.

18    Q.    When you say a separate blueprint, what is

19  -- what is that -- how is that different from the

20  blueprint you were mentioning earlier?

21    A.    There is a blueprint per trade so there's

22  an electric blueprint.  There's a lighting

23  blueprint. There's a wall blueprint.  There's a

24  security blueprint.

25    Q.    Got you.  Okay.  So depending on which

1    type of trade or contractor needs to perform their

2    work, there's a different blueprint for their

3    particular job?

4         A.    Correct.

5         Q.    And so th surveillance cameras, the

6    location of the cameras, which blueprint would those

7    be on?

8         A.    It's on the security blueprint.

9         Q.    And who -- which trade uses the security

10   blueprint?

11              MS. SKIBBE:    Objection, lacks foundation,

12   calls for speculation.

13              THE WITNESS:    Can you be more specific?

14   BY MR. LEE:

15        Q.    Yeah.    Because you mentioned depending on

16   the trade there's a different blueprint.    There's --

17   I'm assuming there's a particular blueprint called a

18   security blueprint?

19        A.    Uh-huh.

20        Q.    Is that correct?

21        A.    Yes.

22        Q.    And what's -- who's -- who uses the

23   security blueprint?

24        A.    Security does.

25        Q.    Okay.

1    A.    Including loss prevention.

2    Q.    So that's not part of the construction of

3    the store; correct?    That's not a trade for one of

4    the construction workers, such as electricians or

5    lighting; correct?

6    A.    It is part of the new store opening.

7    Q.    Okay.    But not for the actual, physical

8    building of the store; correct?

9    A.    It is part of the building of the store.

10    Q.    Okay.    How is it -- can you explain to me

11    -- walk me through the process?

12    A.    As we're putting up walls we're also

13    putting up cameras.

14    Q.    Okay.    What else is shown on the security

15    blueprint, let me ask you that, besides cameras?

16    A.    The alarm system, the safety equipment,

17    fire, emergency exits, fire detectors.

18    Q.    Does the security blueprint also show the

19    point of entry and exits?

20    A.    Yes.

21    Q.    Does the security blueprint also show

22    where the POS station is located at, where the

23    employees clock in and out?

24    A.    Yes, it does.

25    Q.    Is the security blueprint used by the loss

1   prevention team?

2       A.   Yes, it is.

3       Q.   Is it only used by the loss prevention

4   team as part of the store openings or is it used by

5   the loss prevention team throughout the existence of

6   the store?

7       A.   Just during new store opening.

8       Q.   Do you know -- well, strike that.

9            I'm assuming the purpose of the

10  surveillance cameras is to capture footage of

11  traffic in and out of the store and seeing if

12  there's any sort of shoplifting going on?  That's

13  one of the purposes?

14      A.   That is one of the purposes, but there's

15  lots of other purposes.  It's also for safety of our

16  employees and consumers, as well.

17      Q.   Okay.  Do you know if the cameras capture

18  the entire store?

19      A.   No, they do not.

20      Q.   Does it capture the entire floor where the

21  customers are at?

22      A.   No, they do not.

23      Q.   There's parts of the floor that's not

24  captured on the cameras?

25      A.   Correct.

1    Q.    Do you know if the cameras capture the
2  locations where employees clock in and out of?
3    A.    In most stores it does not capture that
4  area.
5    Q.    Some stores they may?
6    A.    They may.  I can't recall if there's any
7  stores in California where we have cameras on there
8  or not.
9    Q.    Do you know if the cameras capture each of
10  the points of entries and exits?
11    A.    Yes, they do.
12    Q.    And are the images or the videos captured
13  on these cameras, are they put on some sort of a
14  digital format?
15    A.    They are.
16    Q.    What format?  Do you know?
17    A.    That are on a hard drive.
18    Q.    Okay.  Hard drive at each of the local
19  stores?
20    A.    Correct.
21    Q.    And do you know if these videos and images
22  are stored or retained by Nike corporate office?
23    A.    They are not.
24    Q.    They're just left at the local store, the
25  images?

1      Q.    And is the wages paid to an employee, are

2  those based upon the times punched in and out of the

3  Kronos or Staff Works systems?

4           MS. SKIBBE:    Incomplete hypothetical.

5           THE WITNESS:    The employee is paid based

6  on the time recorded by the time clock.

7  BY MR. LEE:

8      Q.    Whether it's Kronos or Staff Works?

9      A.    Correct.

10     Q.    Are there any lockers within the stores

11 for the employees?

12     A.    Yes, there are.

13     Q.    Is that like within a certain room,

14 private room?

15     A.    It's not in a private room, no, it is

16 right next to the time clock.

17     Q.    And is that accessible to the general

18 public, to customers?

19     A.    No.    No, it is not.

20     Q.    Okay.    Why not?    Is it inside a room or --

21     A.    It's behind the wall that separates our

22 stockroom from our selling space.

23     Q.    Okay.    So there's no actual door to go in

24 and out of that area; correct?

25     A.    It varies by store.    There are some stores

1   that have a door on the break room but most stores
2   do not.
3        Q.    For the stores that do not, it's just some
4   sort of a wall that divides the floor from the area
5   that has the lockers and the time clocks?
6        A.    For those stores it's a room with three
7   walls in -- in the back of house so there's not a
8   door. It's just an open area where employees can
9   rest.
10        Q.    Is that considered the break room?
11        A.    It is.
12        Q.    And then you said for some stores the
13   break room actually has a door?
14        A.    Correct.
15        Q.    But within the break room there is also
16   where the time clocks and lockers are located?
17        A.    It varies store by store.  Some stores the
18   time clock is right in the break room.  Some stores
19   it's in the hallway leading to the break room.
20        Q.    But the time clocks are typically --
21   strike that.
22             The time clocks for all the stores in
23   California are either in the break room itself or
24   right outside the break room?
25        A.    I can't remember every store off the top

1    emergencies; correct?

2            A.    That is correct.

3            Q.    So when employees come in for their shift,

4    they're not supposed to go in through that door;

5    correct?

6            A.    No, they are not.

7            Q.    That's correct?

8            A.    That's correct.

9            Q.    And when employees leave the store either

10    for break or at the end of their shift or at

11    closing, they're not supposed to leave through the

12    emergency exit doors; correct?

13            A.    No, they are not.

14            Q.    That's correct?

15            A.    That's correct.

16            Q.    They're either to leave through the front

17    door or -- I believe if it's a closing through the

18    back door?

19            A.    No.    Our policy states that for the safety

20    of the employee, all employees exit out the front

21    door.

22            Q.    Whether it's a closing or not?

23            A.    No matter what, yes.    And that's truly for

24    the safety of our employees.    The back doors often

25    lead to alleys and it's dark and it's unsafe for our

1   employees to exit out those doors.

2       Q.   Okay.  And so the -- that back door

3   essentially is just for shipping and receiving?

4       A.   And taking out trash, but those are the

5   only two items, yeah.

6       Q.   Are the -- let's start with -- let's just

7   use the Nike Towns.  There are -- there are Nike

8   Towns are two -- two floors, correct, I've seen?

9       A.   There are Nike Towns with multiple floors,

10  yes.

11      Q.   And there are Nike Towns with just one

12  floor or are they all multiple floors?

13      A.   We do not have a Nike Town in California

14  that's one floor, no.

15      Q.   They're all multiple floors?

16      A.   They're all multiple floors, yes.

17      Q.   And even for those particular stores the

18  employees are to enter and exit through the front

19  door, the same as the general public?

20      A.   Correct.

21      Q.   So for the -- for the Nike Towns in

22  California where is the break room typically

23  located?  On the first floor or higher?

24      A.   If it's a multi-floor store, the break

25  rooms are usually on the top floor.

1    Q.    Where there's a second or third floor?

2    A.    Correct.

3    Q.    And that's where the time clock would be

4 located, as well; correct?

5    A.    That is correct.

6    Q.    Are there elevators in these multiple

7 floor stores?

8    A.    Yes, there are.

9    Q.    Is the elevator by the break room area?

10    A.    It depends on the store.  It varies store

11 by store.  I can think of some where the elevator is

12 by the break room, yes.

13    Q.    And in addition to elevators there's

14 stairs, obviously?

15    A.    Yes, or escalators.

16    Q.    Okay.  And so if a -- for a Nike Town

17 where a break room is on the third floor, the time

18 clock would also be on the third floor, as well?

19    A.    Correct.

20    Q.    What about for the factory stores in

21 California?  Are there only one-level stores or are

22 there also multiple-level stores?

23    A.    Yeah, we have one factory store that's a

24 two-level store, two-level factory store.  The rest

25 are all one story.

1      Q.    Where's the -- where's that one that has

2  two stories?

3      A.    That is in Citadel.

4      Q.    Commerce, California?

5      A.    Yes.

6      Q.    And in the factory stores where are the

7  break rooms typically located?

8      A.    They're on the first floor because there's

9  only one floor behind the wall that separates the

10 selling area from the stockroom.

11     Q.    I'm trying to visualize this.  Are factory

12 stores -- are they typically rectangular in shape?

13           MS. SKIBBE:  Objection, vague as to

14 "typical."

15           THE COURT REPORTER:  Vague as to?

16           MS. SKIBBE:  Typical.

17           THE WITNESS:  Factory stores can be square

18 or rectangle.

19 BY MR. LEE:

20     Q.    So if I'm walking into the factory store

21 through the front door and I'm looking into the

22 store, can you tell me where is the break room

23 typically located at?  Is it in the back?  Is it

24 right next to the entry?  Can you tell me?

25     A.    It would be in the back of the store.

1    Q.    Is it to the right, to the left, or it
2  could vary?
3    A.    It could vary, or center.
4    Q.    But it's somewhere in the back?
5    A.    Yes.
6    Q.    What about the Citadel store since it has
7  two levels?  Would the break room be on the second
8  level?
9    A.    That break room is on the first floor and
10 it's to the left as you walk in the door.
11   Q.    In the back?
12   A.    It's not all the way to the back.  It's on
13 the left-hand wall as you walk into the door on the
14 first floor.  It's not all the way to the back.
15   Q.    And, again, for the factory stores, the
16 time clock is located next to wherever the break
17 room is at?
18   A.    Correct.
19   Q.    What about the Brand Experience stores, is
20 that also multiple levels?
21   A.    Yes.
22   Q.    Are there any single level Brand
23 Experience stores?
24   A.    No.
25   Q.    And would the break room also be located

1   street so it's not a factory style mall.

2       Q.   Okay.  When -- when the employees leave

3   the store, whether for a break or at the end of a

4   shift, and let's keep out the closing shift for now,

5   let's just talk about non-closing shifts, so either

6   for a break or at the end of their shift, is there

7   some sort of a procedure for the employee to get

8   searched or checked before they leave the store?

9           MS. SKIBBE:  Objection, lacks foundation,

10  calls for speculation.

11          (Whereupon, Holly Hearn entered the room.)

12          MS. SKIBBE:  This is Holly Hearn from Nike

13  in case if you didn't know.

14          MR. LEE:  Oh, okay.

15          MS. SKIBBE:  For the record.

16          THE COURT REPORTER:  Holly?

17          MS. HEARN:  Hearn, H-E-A-R-N.

18          MS. SKIBBE:  Go ahead.

19          MR. LEE:  Can you repeat my last question?

20          THE COURT REPORTER:  Yes. "When the

21  employees leave the store, whether for a break or at

22  the end of the shift, and let's keep out the closing

23  shift for now, let's talk about non-closing shifts,

24  so for a break or at the end of their shift, is

25  there some sort of a procedure for the employee to

1    get searched or checked before they exit the store?"

2            THE WITNESS:  There is a bag check policy

3    that any time an employee leaves the store if they

4    are on shift they are to get their bag checked which

5    is a process which we just look in the bag on their

6    way out the door.

7    BY MR. LEE:

8        Q.    And that's for all the stores?

9        A.    That's for all stores, yes.

10        Q.    And that -- the checking -- the actual

11    checking is done at the point of exit; correct?

12        A.    It is, yes.

13        Q.    Under the surveillance of cameras?

14            MS. SKIBBE:  Objection, lacks foundation,

15    calls for speculation.

16            THE WITNESS:  It depends on the store.

17    BY MR. LEE:

18        Q.    Are you aware of a policy that says the

19    inspection is to be done under the surveillance

20    camera?

21        A.    If there's a surveillance camera available

22    then the policy says to have it done under the

23    surveillance camera, yes.

24        Q.    And earlier when I asked you if the

25    surveillance cameras in all the stores captured the

Jeffrey McPike   January 16, 2015

1    really want and spend a lot of time educating the

2    stores on why we expect those things.  There is

3    other -- there's other places in the policy which

4    are kind of like suggestions, like where you have

5    your huddle, et cetera, so --

6        Q.    But you do expect all employees to comply

7    with Nike policies; correct?

8            MS. SKIBBE:  Objection, asked and

9    answered, misstates prior testimony.

10   BY MR. LEE:

11       Q.    Or are you saying that employees can, say,

12   forget the policies and do what I want?

13           MS. SKIBBE:  Objection, asked and

14   answered, misstates prior testimony, argumentative.

15           THE WITNESS:  We ask -- we ask our

16   employees to know the policy and comply with it the

17   best that they can, yes.

18   BY MR. LEE:

19       Q.    Okay.  So going back to the closing shift,

20   as a matter of policy, I'm not actually asking what

21   happens in the stores themselves day-to-day, night-

22   to-night, but as a matter of policy are huddles

23   supposed to be done on the clock before for the

24   employees clock out or off the clock?

25       A.    The way the policy states is any work done

1                You're aware of the term shrinkage?

2        A.    Yes.

3        Q.    What does that mean to you?

4        A.    Shrinkage is the difference between what

5   corporate says they ship a store versus what they

6   have in that store at any given time.

7        Q.    And part of the bag check policy is to

8   limit shrinkage; correct?

9        A.    That is correct.  It is not only to limit

10  shrinkage but any other physical item or any

11  particular person's items, as well.  It's a multi --

12  there's -- there's multiple reasons for the bag

13  check.

14       Q.    Shrinkage affects Nike's bottom line;

15  correct?

16       A.    Shrinkage does affect a store's

17  performance. It affects morale.  Too much shrinkage

18  makes employees not happy to come to work and then

19  could even close a store down.

20       Q.    Affects profitability?

21       A.    It does affect the profitability of a

22  store, yes.

23       Q.    Would you agree with me that as a matter

24  of policy, not asking what actually happens, but as

25  a matter of policy, the physical act of the

1    inspection or bag check happens after the employee

2    clocks out of whether it be the Kronos or Staff

3    Works system; correct?

4         A.    In the evenings the employee is to gather

5    their employees, backpacks, things out of their

6    lockers, clock out and then exit the building.    Upon

7    exiting the building, they hold their bag open for

8    an inspection, yes.

9         Q.    Right, so that physical act of the

10   inspection happens, based on what you said, as a

11   matter of policy happens after the employee clocks

12   out; correct?

13        A.    In most cases that is what is supposed to

14   happen, yes.

15        Q.    You said in the evenings.    Why do you say

16   in the evenings?

17        A.    That's the majority of when the bag checks

18   happen.    The only time otherwise it would happen is

19   if an employee would leave on their break but that

20   could or could not happen.    Employees spend a lot of

21   time in their break room and don't leave on their

22   breaks and lunches.

23        Q.    Right.    But if an employee leaves on his

24   or her meal break, let's say it's at noon, they're

25   required to clock out for that meal break; correct?

1    even though it may be locked?

2            MS. SKIBBE:  Objection, asked and

3    answered, vague as to "still may be."

4            THE WITNESS:  Can you be specific?

5    BY MR. LEE:

6        Q.    Yeah.  I just want to make sure that the

7    bag check inspection for closing shift employees as

8    they leave the store also happen at the point of

9    exit?

10       A.    Yes, it does.  In most cases that's where

11    it's supposed to happen.  It could be away --

12    further away from the door.  It could be as they're

13    coming downstairs.  There's various ways that they

14    do bag checks.

15       Q.    Is there also a rule as to who is to

16    actually perform the bag check?  Is there like a

17    rule of two, as well?

18       A.    The policy states that a manager, either

19    supervisors and up, is the one that will do a bag

20    check or our contract security and under a camera,

21    under any camera.  If there are no cameras or

22    sometimes the cameras are broken or down, then there

23    has to be a rule of two people checking out the

24    bags. That's what our policy states.

25       Q.    Let me kind of break that down and make

1    sure I understand it.

2        A.    Sure.

3        Q.    If the camera is working -- a surveillance

4    camera is working, the policy is for either a

5    managerial employee or a contracted security to

6    perform the bag check?

7        A.    That is correct.  That's for the safety of

8    our employees in making sure that we are under

9    camera in case something happens during the bag

10    check.  The component of the safety for the bag

11    check, which is any sort of weapon or anything of

12    that nature in there, we want to make sure it's

13    under camera to protect our employees.

14        Q.    And when you say it has to be a manager,

15    are you, again, referring to the -- from the lead

16    position up?

17        A.    Supervisor -- specialists are also allowed

18    to do bag checks.

19        Q.    So specialist and up?

20        A.    Correct.

21        Q.    All the way up to the head coach?

22        A.    That is correct.

23        Q.    Or you said a contracted security?  That

24    would be like a third-party security company that

25    provides a security office?

82
Jeffrey McPike    January 16, 2015

```
1    radios throughout the day.
2         Q.    And so that's one way to inform the
3    manager that someone's leaving and an inspection
4    needs to happen?
5         A.    Yeah, multiple ways to let a manager know
6    that, as well.
7         Q.    If the employee has clocked out and is --
8    needs to leave the store obviously at the end of the
9    shift, clocked out, is leaving the store and is
10   waiting for the bag inspection to happen, if the
11   manager is busy as a matter of policy is the
12   employee expected to wait for some manager to free
13   up to do the inspection?
14        A.    As a matter of the bag check policy, all
15   employees have to get their bag checked before they
16   exit.  If a manager is busy or gets stuck doing
17   something else, then the employee could wait at the
18   door until the manager comes.  Our policy states if
19   that happens it is the employee's responsibility to
20   alert the manager of any time waiting, which we pay
21   for.
22        Q.    Is that written somewhere?
23        A.    Yes, it is.
24        Q.    Where is that written in?
25        A.    In our employee handbook.  The manager
```

1    under Nike's policy to be compensated.  I'm not
2    asking about legal conclusion.  I don't care about
3    the law.
4            I'm asking you as a matter of policy,
5    since you've said all hours worked have to be
6    compensated, does that one minute constitute as
7    hours worked under Nike's policy?  Yes or no?
8            MS. SKIBBE:  Objection, asked and
9    answered, argumentative, and he's going to answer
10   this one more time, but he's already answered that
11   Nike doesn't have a policy on the amount of time.
12   This witness cannot testify as to what all of Nike
13   does if the policy does not state so.  He's already
14   said so.
15            You can answer one more time.
16            MR. LEE:  Okay.  Sheryl, stop coaching the
17   witness.  Just lodge your objection.
18            MS. SKIBBE:  You need to stop asking him
19   the same question over and over and now you're being
20   argumentative.  And please don't ask the witness yes
21   or no and direct him to that because he's allowed to
22   answer however he likes.
23   BY MR. LEE:
24       Q.   Okay.  Can you answer the question?
25       A.   Nike's policy does not state the amount of

1   time.  It's up to the employee to say whether or not

2   they have not been paid for time worked.

3       Q.   If you were the manager of the store,

4   would you pay the employee for that one minute of

5   time?

6           MS. SKIBBE:  Objection, incomplete

7   hypothetical, lacks foundations, calls for

8   speculation.

9           THE WITNESS:  I've never been a manager of

10  a store and I couldn't speculate on that.

11  BY MR. LEE:

12      Q.   If you were?

13          MS. SKIBBE:  Objection, asked and

14  answered, argumentative, lacks foundation, calls for

15  speculation.

16  BY MR. LEE:

17      Q.   Do you have an answer?

18      A.   I couldn't speculate on what our managers

19  do. I haven't received the amount of training that

20  our managers have received on how to run a store.

21      Q.   What about two minutes?

22          MS. SKIBBE:  Objection, argumentative,

23  asked and answered.  Really not to get into this

24  level of detail.  He's already answered that policy

25  over and over again.

```
 1    BY MR. LEE:
 2         Q.    Same answer for two minutes?
 3              MS. SKIBBE:  Objection, argumentative,
 4    asked and answered.  You asked whether he paid for
 5    it or the policy pays for it?
 6    BY MR. LEE:
 7         Q.    Whether you paid for it?
 8              MS. SKIBBE:  Objection, asked and
 9    answered, argumentative, lacks foundation, calls for
10    speculation.
11              You can answer one more time.
12              THE WITNESS:  I would take any employee
13    who's coming to me and saying that they did not
14    receive time paid.  As a manager in a store I would
15    take that into consideration and then based on the
16    training that I received in the store or the
17    direction, I would make a decision as to whether or
18    not we would pay that amount.
19    BY MR. LEE:
20         Q.    What else would you base it off besides
21    waiting?  What other factors would you base it on to
22    decide whether to pay that amount of time?
23              MS. SKIBBE:  Objection, lacks foundation,
24    calls for speculation, calls for a legal conclusion,
25    argumentative.
```

1          THE WITNESS:  Because I've never been a

2    manager in a store, I couldn't say what factors the

3    managers use to approve time.

4    BY MR. LEE:

5          Q.    When the inspection happens, is the

6    inspection -- the physical act of the inspection,

7    the process, is there a difference between what's

8    done to a male versus a female employee?

9          A.    There's no difference to when inspection

10   is done based on any employee.  The same inspection

11   is done to every single employee leaving.

12         Q.    Irrespective of the sex of the employee?

13         A.    Irrespective of any makeup of any person

14   leaving.  That is our policy and our policy does

15   state that.  What actually happens, I couldn't be

16   sure.

17         Q.    Is the employee required to -- for

18   example, if the employee is wearing pants going down

19   to their ankles, is the employee required to lift up

20   their -- the legs of their pants to show the manager

21   whether there's anything hiding there?

22         A.    Our policy states that the employee is to

23   open their bag for a visual inspection upon exiting.

24   There is no policy stating that they are to lift

25   their pant leg.  I think that that varies store by

1  store but that is what our policy states.

2      Q.   So if the employee does not have a bag,

3  whether it be a backpack or purse or some other bag,

4  why is the employee still required to go through the

5  inspection, bag check inspection process?

6      A.   As a -- it is a deterrent to make sure

7  that if an employee is a bad employee that they

8  aren't leaving with some sort of clothing or

9  something that they have not paid for regardless of

10 whether or not they have a bag.

11     Q.   So it's also a physical inspection just to

12 make sure what they're walking out with?

13     A.   It's not a physical inspection.  It's a

14 visual inspection.

15     Q.   Right, a visual.  For example, if someone

16 is holding a box of shoes, let's say?

17     A.   Yes.

18     Q.   Okay.

19     A.   Yes.  And any -- anything, if they have a

20 box or a shopping bag or anything of that nature,

21 they would be asked to open it up so that we could

22 see whether or not there's anything dangerous in

23 there or anything unpaid for in there upon exiting.

24     Q.   But I'm saying even for the employees who

25 don't have anything on their hands, carrying a bag

1    or anything, if they're just walking out with just a

2    T-shirt and a pair of shorts, let's say, and their

3    shoes, that employee is still subject to the bag

4    inspection; correct?

5         A.    That employee is to be checked out by a

6    manager per policy as they are exiting.    It usually

7    looks something like a wave to a manager that says

8    "I'm leaving" so the manager also knows they're

9    leaving. It is a -- the other purpose of that is so

10   that the manager knows who's in the building and

11   who's not and as an employee is leaving and they are

12   saying they are leaving the building, there's a

13   check at the door to say "I am leaving for the day."

14   That way the manager knows who's in the building and

15   who is not from a safety perspective and also

16   knowing that that person is no longer working.

17        Q.    Right.    But the employee is still required

18   to go through the inspection process, whether it be

19   a physical or visual process; correct?

20        A.    It is a -- it is a meeting at the front

21   door between the manager and the employee so that

22   the manager can see that the employee doesn't have a

23   bag, a box or anything like that, any unpaid for

24   merchandise.

25        Q.    And until that process is completed the

1    for sure.

2        Q.   Do you know after the most recent update

3    is it still the policy for the bag check to be

4    conducted after the employee clocks out of the time

5    system.

6        A.   It does not state in the policy before or

7    after time clock specifically in the -- in the

8    policy.

9        Q.   Right.  I'm not asking what the -- what it

10   specifically states.  I'm asking after the most

11   recent version of the update in the policy is it

12   still the policy to have the bag check conducted

13   after the employee clocks out?

14        MS. SKIBBE:  Objection, vague and

15   ambiguous.

16        THE WITNESS:  The practice in the store is

17   still that they clock out and then go and exit the

18   store.

19   BY MR. LEE:

20        Q.   Okay.  Earlier you mentioned one of the

21   purposes of the bag check was to ensure the safety

22   of other employees; isn't that correct?

23        A.   It is.

24        Q.   And it's to make sure that employees don't

25   bring any sort of contraband, weapons, things of

1    A.    As fast as possible.

2    Q.    Anything else besides that?

3    A.    Our practice is for our employees to be

4  checked as fast as possible.

5    Q.    The second sentence here discusses

6  employees should only be asked to wait a minimum --

7  minimum amount of time prior to having their bags

8  searched.

9         Do you see that?

10   A.    I do.

11   Q.    So there is some sort of a expectation by

12  Nike that the bag search could include some sort of

13  wait time; correct?

14        MS. SKIBBE:   Objection, lacks foundation,

15  calls for speculation, misstates the document, the

16  document speaks for itself.

17        THE WITNESS:   It states that they should

18  only be asked to wait a minimum amount of time.

19  BY MR. LEE:

20   Q.    Do you know what a minimum amount of time

21  amounts to, whether it be one minute, two minutes?

22  Is there a concise number of minutes?

23   A.    There is not.

24   Q.    And then the last -- see, if a line forms

25  for bag searchs the manager is then -- another -- or

1    the policy?  Can the employee still leave, just

2    leave without having it searched?

3            MS. SKIBBE:  Objection, asked and

4    answered.

5            THE WITNESS:  I already answered that

6    question.

7    BY MR. LEE:

8        Q.    You can answer one more time.

9            MS. SKIBBE:  Please go ahead and update

10    him from the history from the last time but please

11    answer the question.

12            THE WITNESS:  An employee cannot leave the

13    building without a bag check.

14    BY MR. LEE:

15        Q.    So they'll have to wait for a manager to

16    free up and perform the bag check; correct?

17        A.    I do not know if all managers are busy.

18    It's whichever manager is available will do the bag

19    check for the employee.

20        Q.    Turning to the second page of this

21    exhibit, again, focusing on the execution section

22    here, there's a box here with steps one through

23    eight.

24            Do you see that?

25        A.    I do.

1    being management locking up the store at the very

2    end of the night?

3        A.    In a store at any given time where we are

4    in a store, there has to be two people at a minimum.

5    And that's for safety of the employee.

6           MR. LEE:   Okay.   Why don't we take a quick

7    break?

8           (Whereupon, a brief recess was taken.)

9    BY MR. LEE:

10        Q.    All right.   Back on the record.   Okay.

11    Mr. McPike, we went through a number of bag check

12    written policies; do you recall that?

13        A.    I do.

14        Q.    Do you know if there's any bag check --

15    written bag check policies that are unique to a

16    particular store?

17        A.    There are not to my knowledge, no.

18        Q.    Okay.   Let me show you the next document,

19    which --

20           MR. LEE:   What's the next one?

21           THE COURT REPORTER:   110. MR. LEE:   110.

22           (Whereupon, Exhibit 110 was marked.)

23    BY MR. LEE:

24        Q.    All right.   Mr. McPike, I think this -- I

25    found the policy you were mentioning earlier about

155
Jeffrey McPike    January 16, 2015

1    wait times, just want to confirm it.   Exhibit 110 is

2    labeled NRS55 through 58.   Do you see that there?

3        A.    I do.

4        Q.    Okay.   And looking just at the first page

5    here it says Nike U.S. employee handbook.   Is this

6    the employee handbook for retail store employees?

7        A.    It is for retail store and non-retail

8    store employees, but, yes, this does go to retail

9    stores.

10        Q.    As for retail stores, that would include

11    California; correct?

12        A.    It would.

13        Q.    Okay.   So I'm going to have you turn to

14    the second page on this exhibit, the bottom section,

15    work time and hours worked, non-exempt; do you see

16    that there?

17        A.    I do.

18        Q.    And it goes through the top of the next

19    page; do you see that?

20        A.    I do.

21        Q.    Okay.   And is this the section you were

22    referring to earlier regarding waiting time could be

23    possibly paid for?

24        A.    This is the section that states that we

25    pay for any time worked for any employee in our

1   stores, yes.

2        Q.   So going back to the beginning of this

3   section it says, "Work time includes more than just

4   hours actually worked.   It also includes the time an

5   employee is required to be on duty at a prescribed

6   workplace or on Nike premises."

7             Do you see that?

8        A.   I'm sorry.   Where is that?

9        Q.   Right at the very first paragraph of the

10  section on NRS56?

11       A.   Got it.   Sorry.   Yes, I see that.

12       Q.   So this paragraph here describes what work

13  time includes; correct?

14       A.   This paragraph is a very vague

15  introduction into all the ways we would pay an

16  employee for time worked but I don't -- it's not

17  inclusive of all the things that could happen that

18  we would pay for.

19       Q.   Okay.   I agree with you.   It's vague.   So

20  I'm going to ask you this question:   Does the

21  physical act of having to be inspected before

22  leaving the store, is -- would that constitute as

23  work time under this policy?

24            MS. SKIBBE:   Objection, lacks foundation,

25  calls for speculation.

1        THE WITNESS:   Nike does not consider the
2    time that they clock out and their exiting as time
3    worked.
4    BY MR. LEE:
5        Q.    Including the time that's spent being
6    checked?
7        A.    The time from clock out to exiting the
8    door with the visual look into the bag which is a
9    minimum amount of time, we do not currently pay for.
10   If it's extended amounts of time or if there's wait
11   we pay all employees for any type of waiting.
12       Q.    The last part you just said, where --
13   wait, if it's any significant amount of time for
14   wait time that it's paid for, has that been the
15   policy since 2010 through today?
16       A.    I don't know when that was updated.   I
17   know that as long as I've worked here we have paid
18   employees for any time worked and if there's ever
19   been an employe says that they were unpaid, as we
20   have them look and make sure that they were paid for
21   their full time, they have options to get paid by
22   calling the 1-800 number or alerting their manager
23   and Nike's policy states that we will pay for any
24   time worked.
25       Q.    So, again, focusing on just the wait time

158
Jeffrey McPike    January 16, 2015

1    with respect to bag checks, you earlier before
2    lunch, I believe, said that the wait time if it's
3    significant could be paid for; correct?
4            MS. SKIBBE:  Objection, misstates prior
5    testimony.
6            THE WITNESS:  It is up to the manager and
7    the employee to know what happened in any given
8    epicondylitis day and in any given store.  There's
9    no way for us to know whether the policy was adhered
10   to or not unless the manager, who in policy we ask
11   that if they know that there was an employee who was
12   not paid for time worked they must report it and
13   make it correct so they get paid.  And the policy
14   also states that any employees who feels that they
15   were not paid for any time worked, we also require
16   them to alert either their manager or HR so that we
17   can pay them appropriately.
18   BY MR. LEE:
19       Q.   Okay.  I want you to just focus on the
20   wait time with respect to the bag check, the wait
21   time being if the manager is taking a while to come
22   and meet the employee at the point of exit and the
23   employee's waiting around waiting to get checked
24   after having clocked out.  Is it Nike's policy to
25   pay for that wait time if it becomes significant?

159
Jeffrey McPike   January 16, 2015

 1          MS. SKIBBE:   Objection, asked and answered
 2   several times.
 3          THE WITNESS:   The employee or the manager
 4   will pay -- will decide and pay and it's our policy
 5   that they report it.   Anytime that there is any
 6   waiting, that they report it.   The employee reports
 7   if they feel that they waited and should be paid for
 8   it.   And the manager's duty is also to report and
 9   pay that employee for any time waiting.
10   BY MR. LEE:
11      Q.   So let's say an employee has already
12   clocked out, is waiting a significant amount of time
13   and reports that time should be paid for.   How is
14   that time paid for?   Is it adjusted?   I think you
15   mentioned earlier some sort of adjustment made; is
16   that correct?
17      A.   Correct.
18      Q.   How is that adjustment made?
19      A.   The manager goes into Kronos on the P.C.
20   and types in an exception and adds time to that
21   employee's paycheck.
22      Q.   Is there some sort of description why the
23   exception was being made such as wait time or
24   something else?
25      A.   We do not have descriptions as to why

1       A.    I do not.

2       Q.    What about store code to the right of

3  that? There's a store code.   This one is 037?

4       A.    I would assume that is the number of the

5  store. Each of our stores have a name and a number.

6  I would assume that's what that is.

7       Q.    Each retail store has a particular unique

8  store number?

9       A.    Yes, it does.

10      Q.    Do you know how many retail stores have

11 been in existence between February 2010 through

12 today in California?

13      A.    I do not know the difference or how many

14 we had in 2010 versus how many we opened.

15      Q.    I'm just saying aggregating all of them,

16 do you know what the total was.  How many -- I know

17 some may have opened up during that time period.

18 Some may have shut down.  I don't know.  But total-

19 wise, how many have been in existence during that

20 time period?

21      A.    Off the top of my head I don't know how

22 many stores are in California now.

23      Q.    What about currently in existence, do you

24 know how many retail stores are in existence

25 currently in California?

1     A.    I do not know.

2     Q.    Do you have an approximate number?

3     A.    I would say somewhere between 30 and 50.

4     Could be more than that.    I don't know.

5     Q.    Do you know between 2010 and today if

6     there have been retail stores in California that

7     have closed or shut down?

8     A.    I don't believe there has been but I'm not

9     for sure.

10     Q.    You do know at least that there have been

11     stores that have been created during that time

12     period?

13     A.    We have opened up new store in California

14     between 2010 and now, yes.

15     Q.    So business is good.  Mr. McPike, is there

16     a reason why the security -- the bag checks

17     themselves are not done on the clock?  In other

18     words, before the employee clocks out.  Is there a

19     reason why it's not performed before the employee

20     clocks out.

21     A.    Nike views and Nike's policy is that the

22     bag check is a quick amount of time as there exiting

23     out the door.  That should take a very, very little

24     amount of time.  And if it takes any more amount of

25     time, then we adjust their time.  But it is not paid