Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
Nick Rosenthal (State Bar No. 268297)
nrosenthal@diversitylaw.com
**DIVERSITY LAW GROUP, A Professional Corporation**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

(Additional Counsel on Next Page)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ISAAC RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    vs.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 5:14-CV-1508 BLF<br><br>**DECLARATION OF NICK ROSENTHAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:       February 11, 2016<br>Time:       9:00 a.m.<br>Courtroom: 3, 5th Floor<br>Judge:      Hon. Beth Labson Freeman<br><br>Complaint Filed:      February 25, 2014 |

i

**DECLARATION OF NICK ROSENTHAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1 | WILLIAM L. MARDER, State Bar No. 170131
**Polaris Law Group L.L.P.**
2 | 501 San Benito Street, Suite 200
3 | Hollister, CA 95023
Tel: (831) 531-4214
4 | Fax: (831) 634-0333
Email: bill@polarislawgroup.com
5 |
6 | Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
7 | **HYUN LEGAL, APC**
550 South Hope Street, Suite 2655
8 | Los Angeles, CA 90071
9 | (213) 488-6555
(213) 488-6554 facsimile
10 |
Attorneys for Plaintiff and the Class

**DECLARATION OF NICK ROSENTHAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

**DECLARATION OF NICK ROSENTHAL**

I, NICK ROSENTHAL, declare under penalty of perjury as follows:

1. I am an attorney at law duly admitted to practice before all courts in the State of California and am a member of the law firm of the Diversity Law Group, P.C., one of the attorneys of record for Plaintiff Isaac Rodriguez ("Plaintiff"), on behalf of himself and other similarly situated individuals, in the above-entitled action.

2. I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

3. I am one of the primary attorneys on this matter. My qualifications are as follows: I received my JD from the University of Southern California Gould School of Law in 2009. During law school, I was a summer associate at the law firm of Seyfarth Shaw LLP.

4. I am currently an associate the law firm Diversity Law Group, P.C. After graduating from law school, I worked at Seyfarth Shaw LLP for approximately four years as an associate. Seyfarth Shaw LLP is a national employment defense law firm that represents a significant number of Fortune 50 companies, including many actions involving wage and hour matters. I joined Diversity Law Group, APC, in June 2014.

5. My primary practice is employment law. I have handled a number of wage and hour matters including class actions and individual actions, on both plaintiff and defense sides. I have a practice that encompasses cases in the Los Angeles Superior courts, the Orange County Superior Courts, the Ventura County Superior Courts, the San Diego County Superior courts, the Monterey County and the United States District Courts for the Central and Northern Districts of California.

6. Plaintiff's Counsel will adequately represent the Class Members in this action. Plaintiff's Counsel have and will zealously represent Plaintiff and the class and pursue this lawsuit to its conclusion.

7. Plaintiff's Counsel have diligently litigated this case, and will continue to do so. Plaintiffs' Counsel have taken the deposition of Defendants' PMK witnesses, propounded and responded to discovery, and have pursued matters in law and motion as deemed necessary.

8. Plaintiff's Counsel's only relationship with Plaintiff is the attorney client relationship in this matter.

I declare under penalty of perjury and the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on this 13th day of November, 2015 at Los Angeles, California.

/s/ Nick Rosenthal
NICK ROSENTHAL

DECLARATION OF NICK ROSENTHAL IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION