1  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com
2  Nick Rosenthal (State Bar No. 268297)
   nrosenthal@diversitylaw.com
3  **DIVERSITY LAW GROUP, A Professional Corporation**
4  550 South Hope Street, Suite 2655
   Los Angeles, CA 90071
5  (213) 488-6555
   (213) 488-6554 facsimile
6

7  Attorneys for Plaintiff and the Class

8  (Additional Counsel on Next Page)

9                    **UNITED STATES DISTRICT COURT**

10   **FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12  ISAAC RODRIGUEZ, as an individual      Case No.: 5:14-CV-1508 BLF
    and on behalf of all others similarly
13  situated,                              **DECLARATION OF DENNIS S. HYUN IN
                                           SUPPORT OF PLAINTIFF'S MOTION FOR
                                           CLASS CERTIFICATION**
14              Plaintiff,
15        vs.                              Date:         February 11, 2016
                                           Time:         9:00 a.m.
16  NIKE RETAIL SERVICES, INC., an         Courtroom:    3, 5th Floor
    Oregon corporation; and DOES 1 through Judge:        Hon. Beth Labson Freeman
17  50, inclusive,
                                           Complaint Filed:    February 25, 2014
18              Defendants.

19

20

21

22

23

24

25

26

27

28

---

                                        i

**DECLARATION OF DENNIS S. HYUN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

WILLIAM L. MARDER, State Bar No. 170131
**Polaris Law Group L.L.P.**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

DECLARATION OF DENNIS S. HYUN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, DENNIS S. HYUN, hereby declare and state as follows:

1.     I am an attorney at law duly admitted to practice before all courts in the State of California and am a member of the law firm of the Hyun Legal, APC, one of the attorneys of record for Plaintiff Isaac Rodriguez ("Plaintiff"), in the above entitled action.

2.     I have personal knowledge of the matters set forth herein, and if called upon as a witness to testify thereto, I could and would competently do so.

3.     I am one of the primary attorneys on this matter.  My qualifications are as follows:  I received my JD from Loyola Law School in 2002.  I was named to the Dean's Honor List from 2000-2002.  During law school, I was a Senior Research Editor for Loyola International & Comparative Law Review.  I was also a research assistant for Professor Levenson, an extern at the U.S. District Court for the Honorable Audrey B. Collins, and a clerk at the U.S. Attorney's Office, Criminal Division.  I also served as a summer law clerk at the white-collar criminal defense firm, Lightfoot, Vandevelde, *et al*., which became part of Crowell & Moring LLP.  Upon graduation from law school, I served as a research attorney in the Los Angeles County Superior Court for the Hon. J. Stephen Czuleger, the Hon. Owen Lee Kwong, the Hon. Laurie D. Zelon, and the Hon. Joanne B. O'Donnell.  After my clerkship ended, I practiced as a labor and employment associate for the next 8 years, including most recently as a senior associate at Seyfarth Shaw LLP, the firm serving as defense counsel in this case, as well as DLA Piper LLP (US), the largest law firm in the world, and Morgan, Lewis & Bockius LLP. I am currently a shareholder in the law firm Hyun Legal, APC.

4.     My primary practice has been employment law throughout my entire private career.  I have handled a number of wage and hour matters including class actions and individual actions, on behalf of plaintiffs and defendants.  I have a practice that encompasses cases in the Orange County Superior Courts, the Los Angeles County Superior Courts, the San Diego County Superior Courts, the United States District Courts for the Southern, Central, Northern and Eastern Districts of California, the California Court of Appeal, and the Ninth Circuit.

**DECLARATION OF DENNIS S. HYUN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

5.     I have served as Class Defense Counsel in a number of wage and hour class actions, including but not limited to: *Bradley v. Networkers Int'l, LLC*, 211 Cal. App. 4th 1129 (2012); *Chiu v. Citrix Systems, Inc.*, C.D. Cal. Case No. SACV11-01121 DOC (RNBx); *Hodge v. Aon Insurance*, Los Angeles Sup. Ct. Case No. BC 265725; *Hoyng v. Aon Insurance*, Los Angeles Sup. Ct. Case No. BC 377184; *Jimenez v. Allstate Ins. Co.*, C.D. Cal. Case No. CV10-08486 JAK (FFMx); *Marino v. BP West Coast Products*, Los Angeles Sup. Ct. Case No. BC 357987; *McEntee v. Ryland Homes*, Los Angeles Sup. Ct. Case No. BC 390868; *McKinstry v. Accenture*, C.D. Cal. Case No. SACV11-1335 DOC (ANx); *Munoz v. Decron Properties*, Los Angeles Sup. Ct. Case No. BC387644; and *Rodriguez v. BP West Coast Products*, Los Angeles Sup. Ct. Case No. BC 350736.  As defense counsel, I have taken over 50 class member and individual/representative plaintiff depositions.

6.     Currently, I am and/or was lead plaintiff's counsel in the following wage and hour class or representative actions:  *Asad v. Chevron Stations*, Inc., Los Angeles Sup. Ct. Case No. BC470198; *Barrera v. Home Depot (USA), Inc.*, N.D. Cal. Case No.: C 12 5199 LHK (HRL); *Chatman v. RMI Int'l*, Inc., Los Angeles Sup. Ct. Case No. BC 495755; *Dynabursky v. AlliedBarton*, LLC, et al., C.D. Cal. Case No. 8:12-cv-02210-JLS-RNB; *Gonzales v. Wells Fargo Bank, N.A.*, Los Angeles Sup. Ct. Case No. BC502826; *Lee v. The Pep Boys Manny Moe & Jack of California*, Los Angeles Sup. Ct. Case No. BC 496075; *Naranjo v. Bank of America, N.A.*, N.D. Cal. Case No. C 14-02748 LHK; *Ortegon-Ramirez v. Cedar Fair*, Santa Clara Sup. Ct. Case No. 1-13-CV-254098; *Pace v. PetSmart, Inc.*, C.D. Cal. Case No. SACV13-500 DOC; and *Rodriguez v. NIKE Retail Services, Inc.*, N.D. Cal. Case No. 5:14-CV-1508 BLF. Additionally in *Dynabursky*, Case No. 8:12-cv-02210-JLS-RNB, *Pace*, Case No. SACV13-500 DOC, and *Gonzales*, Los Angeles Sup. Ct. Case No. BC502826, I was certified as class counsel pursuant to the plaintiff's motion for class certification.

7.     Plaintiff's Counsel will adequately represent the Class Members in this action. Plaintiff's Counsel have and will zealously represent Plaintiff and the class and pursue this lawsuit to its conclusion.

2

8.    Plaintiff's Counsel has diligently litigated this case, and will continue to do so. Plaintiff's Counsel has taken the deposition of Defendants' persons most knowledgeable, propounded, obtained and reviewed discovery responses and responsive documents, and have pursued matters in law and motion as deemed necessary.

9.    Plaintiff's Counsel's relationship with Plaintiff is only the attorney-client relationship in this matter.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 13th day of November, 2015, at Los Angeles, California.

_____
DENNIS S. HYUN

**DECLARATION OF DENNIS S. HYUN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**