1  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com
2  Nick Rosenthal (State Bar No. 268297)
3  nrosenthal@diversitylaw.com
   **DIVERSITY LAW GROUP, A Professional Corporation**
4  550 South Hope Street, Suite 2655
   Los Angeles, CA 90071
5  (213) 488-6555
6  (213) 488-6554 facsimile

7  Attorneys for Plaintiff and the Class

8  (Additional Counsel on Next Page)

9              UNITED STATES DISTRICT COURT
10
        FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

| | |
|---|---|
| ISAAC RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:14-CV-1508 BLF<br><br>**DECLARATION OF WILLIAM L. MARDER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

i

WILLIAM L. MARDER, State Bar No. 170131
**Polaris Law Group L.L.P.**
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
**HYUN LEGAL, APC**
550 South Hope Street, Suite 2655
Los Angeles, CA 90071
(213) 488-6555
(213) 488-6554 facsimile

Attorneys for Plaintiff and the Class

**DECLARATION OF WILLIAM L. MARDER IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## DECLARATION OF WILLIAM L. MARDER

I, William L. Marder, declare as follows:

1. I am the attorney of record in the above-entitled action. The following is true of my own knowledge and, if called upon as a witness, I would and could testify competently about the facts stated herein.

2. I graduated from UCLA Law School in 1993 and was admitted to the California Bar in 1994. Since that time, my primary area of practice has been employment litigation. I have represented both plaintiffs and defendants. I estimate that I have handled more than 200 employment cases, litigating cases in state and federal courts.

- I have defended large institutional employers in employment cases. From 1995-1997, as an associate at Bolling, Walter & Gawthrop in Sacramento, I represented the City of Sacramento, Yolo County, the City of Davis, Solano County and other employers in employment litigation in state and federal courts.

- From 1997-2000, I served as a Deputy County Counsel in San Benito, handling all of its employment matters. These matters include advising the county on compliance with wage and hour laws, arbitrations, and litigation.

- From 2002-2006, I was a partner at Paxton O'Brien, LLP in Hollister, an AV rated firm, where I represented numerous plaintiffs and defendants in employment lawsuits.

- In 2006, I co-founded the Polaris Law Group where I spend most of my time handling employment cases. I primarily represent employees.

3. I have been the sole trial attorney in three cases where I represented a prevailing plaintiff in jury trials. All three cases involved employees who brought claims against their former employers pursuant to the Fair Employment & Housing Act, California Government Code § 12900 et. seq. The cases are: (1) *Amy Moore v. JMK Golf, LLC.*, San Benito County

1

Superior Court Case No.: CU-11-00162; *Cherub Berlanga v. Willow Grove School District*, San Benito County Superior Case No.: CU-09-00100; and (3) *Gamayo v. Drobny Law Offices,* Sacramento Superior Court Case No.: 34-2008-00005372CU.

    4.    I have been the sole trial attorney in three cases where I represented plaintiffs who prevailed on wage and hour claims in court trials. The cases are: (1) *Lori Castello v. JMK Golf, LLC.*, San Benito Superior Court Case No.: CU-13-00106; (2) *Nava v. Rodriguez*, San Benito County Superior Court Case No.: CU-08-00022; and (3) *Smith v. Joyce*, Monterey County Superior Court Case No.: Case No.: M74334.

    5.    I have been one of the attorneys of record in a number of wage and hour class actions, including, but not limited to: *Becerra-Mata v. PSC Industrial Outsourcing, LP*, San Benito County Superior Court Case # CU-15-00030; *Castillo v. M.A.C. Cosmetics Inc.*, Marin County Superior Court Case # CIV-1402791; *Andrijeski v. The Children's Place Retail Stores*, Santa Clara County Superior Court Case # 1-13-CV-257020; *Ortegon-Ramirez v. Cedar Fair, L.P.*, Santa Clara County Superior Court Case # 1-13-CV-254098; *De La Cruz v. Garda CL West, Inc.* San Benito County Superior Court Case # CU-15-00087; *Lin v. Spectraforce Technologies, Inc.*, Santa Clara County Superior Court Case #1-14-CV272855; *Chavez v. PVH Corporation*, N.D. Cal. Case No.: 13-CV-01797 LHK; *Barrera v. Home Depot (USA), Inc.*, N.D. Cal. Case No.: C 12 5199 LHK (HRL); and *Naranjo v. Bank of America, N.A.*, N.D. Cal. Case No. C 14-02748 LHK.

    6.    Plaintiff's Counsel will adequately represent the Class Members in this action. Plaintiff's Counsel have and will zealously represent Plaintiff and the class and pursue this lawsuit to its conclusion.

7.    Plaintiff's Counsel's relationship with Plaintiff is only the attorney-client relationship in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12 day of November, 2015, at Hollister, California.

_____
WILLIAM L. MARDER