1  Larry W. Lee (State Bar No. 228175)
   lwlee@diversitylaw.com
2  Nick Rosenthal (State Bar No. 268297)
3  nrosenthal@diversitylaw.com
   **DIVERSITY LAW GROUP, A Professional Corporation**
4  550 South Hope Street, Suite 2655
   Los Angeles, CA 90071
5  (213) 488-6555
6  (213) 488-6554 facsimile

7  Attorneys for Plaintiff and the Class

8  (Additional Counsel on Next Page)

9
              UNITED STATES DISTRICT COURT
10
       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
11

| | |
|---|---|
| ISAAC RODRIGUEZ, as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>NIKE RETAIL SERVICES, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:14-CV-1508 BLF<br><br>**DECLARATION OF PLAINTIFF ISAAC RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:　　　February 11, 2016<br>Time:　　　9:00 a.m.<br>Courtroom:　3, 5th Floor<br>Judge:　　　Hon. Beth Labson Freeman<br><br>Complaint Filed:　February 25, 2014 |

i

**DECLARATION OF PLAINTIFF ISAAC RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

1  WILLIAM L. MARDER, State Bar No. 170131
   **Polaris Law Group L.L.P.**
2  501 San Benito Street, Suite 200
   Hollister, CA 95023
3  Tel: (831) 531-4214
4  Fax: (831) 634-0333
   Email: bill@polarislawgroup.com
5

6  Dennis S. Hyun (State Bar No. 224240)
   dhyun@hyunlegal.com
7  **HYUN LEGAL, APC**
   550 South Hope Street, Suite 2655
8  Los Angeles, CA 90071
9  (213) 488-6555
   (213) 488-6554 facsimile
10
   Attorneys for Plaintiff and the Class
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PLAINTIFF ISAAC RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

## DECLARATION OF ISAAC RODRIGUEZ

I, Isaac Rodriguez, declare as follows:

1. I am an individual over the age of 18. I have personal knowledge of the facts set forth below and if called to testify I could and would do so competently.

2. I was employed as an hourly-paid employee by Nike Retail Services, Inc. ("Nike") from on or about November 11, 2011, to on or about January 11, 2012, at the Gilroy Outlets located in Gilroy, California.

3. Throughout my employment with Nike, at the end of each of my work shifts, I was instructed that I had to go through a security inspection and/or bag check, which was to be performed after I clocked out. In fact, I remember management telling us that this was Nike's policy.

4. Thus, at the end of my shift, I would clock out at the back of the store in the employee locker room, then walk to the front of the store, and wait for a manager to conduct a visual security inspection. We would always be inspected at the entrance/exit at front of the store. Only upon completing the inspection was I allowed to leave the store.

5. Specifically, whenever employees wore coats, or jackets, the managers would check the insides and pockets of the coat and/or jacket to ensure that the associate was not hiding any stolen items. Whenever employees wore pants, they were also required to lift up their pant legs to ensure that no merchandise was hidden in the employees' pant legs. Further, all employees were required to permit a visual inspection of their waistband area. If I had a bag with me, then during the visual inspection, I was required to open my bag and allow the manager to inspect the contents of the bag.

6. Whenever there were more than one associate leaving the store at the same time, I was required to wait for the people ahead of me to complete their security checks before I could undergo my security check and leave the store. Generally, security checks took 10 to 15 minutes or more to complete from the time I clocked out until I was able to leave the store.

7. Since I had already clocked out, all of this security check time was off the clock.

1

**DECLARATION OF PLAINTIFF ISAAC RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

8.   To my knowledge, there are no conflicts which exist between my interest in this action and the interests of the class members that would impair my ability to serve as representative of the class.

9.   I have and continue to be willing to assist in the investigation of this matter. I have reviewed various legal documents in this matter. I have also appeared for and testified at my deposition, which was taken by Nike's attorneys. I will make myself available for the trial of this matter to the extent requested by my attorneys. I also understand my duties and responsibilities to the proposed class and will carry out those duties as necessary. In that regard, I have not been promised and do not expect to receive compensation for acting as the representative of the class other than my proportionate share of any recovery obtained for the benefit of the class. Moreover, I have assisted my counsel in the preparation of various legal documents (including this declaration). If I am appointed as representative of the Class, I will continue to perform these obligations to the best of my ability.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on this 11 day of November 2015, at Gilroy, California.

_____
ISAAC RODRIGUEZ

2

DECLARATION OF PLAINTIFF ISAAC RODRIGUEZ IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION