UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ISAAC RODRIGUEZ,

       Plaintiff,

  v.

NIKE RETAIL SERVICES, INC.,

       Defendant.

Case No.  5:14-cv-01508-BLF

**CASE MANAGEMENT ORDER**

On June 30, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Joint Case Management Statement | 09/22/2016 |
| Further Case Management Conference | 09/29/2016 at 11:00 a.m. |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Tentative Trial Set for | 07/30/2018 at 9:00 a.m. |

United States District Court
Northern District of California

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated

6    proposed schedule regarding dates and deadlines to tentative trial date.

7

8    Dated:  June 30, 2016

9    _____

10   BETH LABSON FREEMAN
     United States District Judge